Ruffunt, C. J.
 

 The parties cannot get at their object in the present mode of .proceeding. If they could have entitled themselves to the writ of error, for the alleged error of fact, in the Superior Court, it was only while the judgment against them w7as the power of that Court. Instead of pursuing that course, however, they appealed to this Court, upon the matter of law, so that the judgment, finally rendered against them, was the judgment of this Court, and not that of the Superior Court. Hence this writ cannot
 
 *269
 
 be sustained; as error for matter of fact lies only in the Court, in which the record and judgment are, and not to reverse the judgment of another Court, and, especially, of a higher one.
 

 Ter Curiam. Judgment reversed, and motion disallowed